UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIANA CHOU, | ) | Case No.: 1:09 CV 1054 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN CARROLL UNIVERSITY, | ) | |
| | ) | |
| Defendant | ) | ORDER |

The court held a conference with counsel for the parties in the within case on November 18, 2009, at 2:00 p.m., regarding Plaintiff's Motion for Leave to File Second Amended Complaint. The court determined at that conference that it would withhold ruling on said Motion so that Plaintiff might have an opportunity to obtain some discovery before finally deciding whether she wishes to actually pursue the Motion. The Motion seeks to add a state law claim for spoilation of evidence. In the meantime, Plaintiff will be allowed to pursue discovery from the primary witnesses regarding whether or not any electronic evidence was destroyed which might bear on the issues in the case. Plaintiff is also allowed to forensically examine the hard drives of the two tenured members of Plaintiff's department who made the recommendation that she not be continued on tenure-track, provided that an appropriate protective order is worked out between the parties. The parties agreed to this approach.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

November 19, 2009